PM: USAO# 2016R00240

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAY 19  PM 4: 01

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. RDB-16-0249 |
|---|---|---|
| v. | * | (Possession of Firearm and Ammunition by a Felon, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d)) |
| ELISHA STRATTON, | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 22, 2016, in the District of Maryland, the defendant,

**ELISHA STRATTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a KAHR CW9 9mm handgun, serial number EJ2713, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**ELISHA STRATTON,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit: a KAHR CW9 9mm handgun, serial number EJ2713, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 5-19-16